No. 89–963.  ROGERS v. COUNTY OF HUMBOLDT, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–965.  RAFTER v. LIBERTY LINES TRANSIT, INC., ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 89–966.  BIERMANN v. WREN, DIRECTOR, INTERNAL REVENUE SERVICE CENTER, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–967.  MODI v. MODI.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–968.  NEWSOME v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–969.  WRENN v. LEDBETTER, COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–970.  FIRST COMICS, INC. v. WORLD COLOR PRESS, INC.  C. A. 7th Cir.  Certiorari denied.

No. 89–971.  RUSS BERRIE & CO., INC. v. ROULO.  C. A. 7th Cir.  Certiorari denied.

No. 89–972.  HUNSBERGER v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 89–974.  PETROLEO BRASILEIRO, S. A. v. ATWOOD TURNKEY DRILLING, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–975.  AL-MARAYATI v. UNIVERSITY OF TOLEDO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–976.  SUTTON v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–978.  VON RUECKER v. HOLIDAY INNS, INC., ET AL.  Ct. App. Mo., Eastern Dist.  Certiorari denied.